IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOMMY WHITE, SR.                                                                                      PLAINTIFF

VS.                                                               CIVIL ACTION NO.  5:08cv164-DCB-MTP

CHRISTOPHER EPPS, et al.                                                                       DEFENDANTS

## ORDER DENYING MOTION TO RECONSIDER

This matter is before the court on the petitioner's motion requesting the court to reconsider its order granting respondents additional time to answer.  The court having considered the motion finds that it should be DENIED.

Petitioner argues that he should have been given an opportunity to respond to the motion.  However, motions for time are generally granted promptly where, as here, good cause is shown for granting same.  Prompt consideration of such motions serves to prevent the very delays about which petitioner now complains.

The Federal Rules of Civil Procedure expressly provide that motions for time may be granted "with or without motion or notice...."  See Fed. R. Civ. P. 6 (b).   The rules of appellate procedure cited by plaintiff have no application to this matter.  Nevertheless, having considered petitioner's objections [6], the court finds that they are not well taken and should be denied.

In this *habeas* action, petitioner has raised a number of issues which will require careful study, research, and review of the court record.  Indeed, the petition and exhibits consist of approximately 155 pages. The respondents' motion for additional time to accomplish those tasks is reasonable and is supported by good cause.

 IT IS, THEREFORE, ORDERED that petitioner' motion to reconsider is denied.

SO ORDERED on April 29, 2008.

                                                                      s/ Michael T. Parker
                                                                      United States Magistrate Judge